977 So.2d 700 (2008)
Keith SIROTA, Appellant,
v.
STATE of Florida, Appellee.
No. 4D07-1025.
District Court of Appeal of Florida, Fourth District.
March 19, 2008.
Jack A. Fleischman of Fleischman & Fleischman, P.A, West Palm Beach, for appellant.
Bill McCollum, Attorney General, Tallahassee, and Thomas A. Palmer, Assistant. Attorney General, West Palm Beach, for appellee.
*701 SHAHOOD, C.J.
Appellant, Keith Sirota, was found guilty following a jury trial of one count of soliciting a child under sixteen years of age via the internet, and three counts of transmission of material harmful to a minor. He raises six issues on appeal all of which we find to be without merit and affirm without discussion.
The judgment entered in this case contains a scrivener's error showing that appellant entered a plea of guilty. In actuality, appellant entered a plea of not guilty and was convicted following a jury trial. We remand for correction of the scrivener's error. See Newson v. State, 867 So.2d 603 (Fla. 2d DCA 2004). Appellant need not be present for this correction.
Affirmed; Remanded for Correction of Scrivener's Error.
POLEN and MAY, JJ, concur.